

Name _Crista Basseau_

Mailing address _2103 E 38th Ave_

City, State, Zip _Anchorage, AK 99508_

Telephone _907-343-9727_



RECEIVED
APR 1 0 2015
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

_Crista Michelle Basseau_,

(Enter full name of plaintiff in this action)

              Plaintiff,

vs.

_Geico General Insurance Company_
_Attn: Region IV Claims, PO Box 509119_,

_San Diego, CA 92150-9114_,

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

              Defendant(s).

Case No. _____

        (To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of _Crista Basseau_,

                                   (print your name)

who presently resides at _2103 E 38th Ave Anchorage, AK 99508_,

                                   (mailing address)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, *Geico General Insurance Company* is a citizen of
_____(name)_____
_CA_____, and is employed as a *general automotive insurance company*
(state)                                        (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_✓_The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, *Jeremy Shick* is a citizen of
_____(name)_____
_AK_____, and is employed as a_____*unknown*_____.
(state)                                        (defendant's government position/title)

_✓_This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ is a citizen of
_____(name)_____
_____, and is employed as a_____.
(state)                                        (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Case 3:15-cv-00057-RRB   Document 1   Filed 04/10/15   Page 2 of 7

Claim 1: On or about __April 10, 2013_____, my civil right to
__due process__
(Date)

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by __Jeremy Shiok_____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

On the evening of April 10, 2013, and returning home from work, my vehicle was stopped at a red traffic signal on Minnesota, near Spenard, when Jeremy Shiok slammed into the back of my vehicle. The roads were very icy, however I do not believe that Jeremy Shiok had made any attempt to brake and control his vehicle - I was hit that hard! Signaling to get over, and driving extremely slow, all vehicles in all lanes yielded, having just witnessed the collision. Additionally, an eye witness was observing from the curb, when Jeremy Shiok refused to stop and sped off. I caught up with Jeremy Shiok in my vehicle, a distance up the road, where he was caught among other vehicles and another red light. I jumped out of my car, grabbed my cell phone, and begin taking pictures of Jeremy Shiok, his vehicle, and his license plate. Jeremy Shiok, who looked and spoke as if very inebriated, sped off, once the light turned green, fleeing from the scene a second time. I chased after Jeremy Shiok, who had turned right on Spenard, and was driving very fast, while dialing 911 to report the crime. The 911 operator told me to stop chasing him and to pull over (and wait for an officer to take my report). Meanwhile, the eye witness pedestrian had booted me in a parking lot, and we exchanged information. A police officer visited me at my home several hours later, on upper hillside. The delay was due to extreme winter conditions requiring a particular police vehicle. By the time the report was taken, all evidence + information submitted, and my vehicle inspected, my neck and lower back was in a great deal of pain. I sought medical treatment for my related injuries, beginning 4/12/13 and over the next months. The police caught Jeremy Shiok of which there was a trial: Municipality of Anchorage v Jeremy Edward Shiok Court Case No. 3AN-13-4886 CR
APD Report No. 13-15317

Case 3:15-cv-00057-RRB   Document 1   Filed 04/10/15   Page 3 of 7

Claim 2: On or about ~~April 10, 2013~~ April 10, 2013 _____, my civil right to
(Date)

due process
_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List only one violation.)

was violated by Geico General Insurance Company
_____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

I was involved in a hit & run accident on April 10, 2013, having been struck from
behind, while my vehicle was stopped on Minnesota, at a red traffic signal. Supplying
the police with accurate information, we were able to determine that Jeremy Shiok,
the driver who had hit my vehicle, was insured by Geico General Insurance Company
(hereafter named "Geico"). Geico has been handling this insurance claim - Claim #
0165149730101025. We had previously and immediately settled on property damage to
my vehicle, but my medical treatment related to this accident was ongoing. I saw
Dr Rob van Zweeden, of Laurel Street Chiropractic, 28 separate visits in 6 months:
4/12/13 - 10/10/13. I have incurred medical bills related to this car accident in the amount
of $8,276.∞, of which "Geico" had ultimately offered $500.∞ on 4/09/15 - 1 day
before Statutes of Limitations runs out. "Geico" claims that they have been sending
communication via mail, and to an old address that I've not lived at since 2013. I have
received some, but clearly not all communication related to this claim. I only request
a fair settlement against a personal injury that I still suffer pain & headaches from
today, against Jeremy Shiok's insurance claim: Geico General Insurance Company.

Case 3:15-cv-00057-RRB   Document 1   Filed 04/10/15   Page 4 of 7

Claim 3: On or about _____, my civil right to

(Date)

_____

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and<br>unusual punishment, etc. List <b>only one</b> violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

### D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes __✓__ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:  N/A

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:  N/A

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

### F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _8,276.∞_____

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 6 of 7

2. Punitive damages in the amount of $_____

3. An order requiring defendant(s) to _____

4. A declaration that _____

Plaintiff requests judgement for economic and noneconomic damages, in an amount to

5. Other: _be shown at trial, together with interest, costs, attorney fees, and such_

_other relief as the court may deem just and proper._

Plaintiff demands a trial by jury. ___✓___ (Yes) _____ No


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff
in the above action, that s/he has read the above civil rights complaint and
that the information contained in the complaint is true and correct.


Executed at _District/Superior Court for the_
_State of Alaska Third Judicial_  on  _10 April 2015_
_District at Anchorage_                              (Date)

_Crista Bassau_
(Plaintiff's Original Signature)

(legal representation to be obtained)

_____      _____
Original Signature of Attorney (if any)              (Date)


_____
_____
_____
Attorney's Address and Telephone Number