# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| |
|---|
| CRISTA MICHELLE BASSEAU, <br><br> Plaintiff, <br><br> vs. <br><br> GEICO GENERAL INSURANCE COMPANY, et al., <br><br> Defendants. |

Case No. 3:15-cv-00057-RRB

## ORDER OF DISMISSAL

Crista Michelle Basseau, representing herself, filed a Civil Rights Complaint under 42 U.S.C. § 1983, and an Application to Waive the Filing Fee under 28 U.S.C. § 1915.[1] The Court reviewed the Complaint, and "DISMISSED for failure to state a claim for relief, as required by 28 U.S.C. § 1915(e)(2)(B)(ii), with leave to amend."[2] Ms. Basseau was ordered file, on or before May 22, 2015, "an Amended Complaint stating a federal claim for relief, showing that this Court has jurisdiction over her action" or, in the alternative, "a Notice of Voluntary Dismissal, without prejudice to filing a personal injury case in an appropriate state court."[3] Ms. Basseau, however, has filed nothing further with the Court.

---

[1] Dockets 1, 3.

[2] Docket 4 at 9.

[3] *Id.*

**IT IS THEREFORE ORDERED**:

1. The case is DISMISSED for failure to state a federal claim for relief, under 28 U.S.C. § 1915(e)(2)(B)(ii), without prejudice to filing a timely and appropriate state court action.

2. The Application to Waive the Filing Fee, at Docket 3, is DENIED.

3. The Clerk of Court is directed to enter a Judgment in this case.

DATED at Anchorage, Alaska, this 8th day of June, 2015.

*/s/ RALPH R. BEISTLINE*
United States District Judge

3:15-cv-00057-RRB, *Basseau v. Geico General Insur. Co.*
Order of Dismissal
Page 2 of 2

Case 3:15-cv-00057-RRB   Document 5   Filed 06/08/15   Page 2 of 2