# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

CRISTA MICHELLE BASSEAU,
    Plaintiff,

Case Number 3:15-cv-00057-RRB

v.

GEICO GENERAL INSURANCE COMPANY,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**.  This action came before the court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this case is DISMISSED for failure to state a federal claim for relief, under 28 U.S.C. § 1915(e)(2)(B)(ii), without prejudice to filing a timely and appropriate state court action.

APPROVED:

S/ RALPH R. BEISTLINE
United States District Judge

Date: June 8, 2015

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    Janice A. Welch
    Janice A. Welch,
    Acting Clerk of Court

[Jmt2 - Basic - rev. 4-1-15}